UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80048-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JUAN BARBOSA GOMEZ**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart following the Change of Plea Hearing [ECF No. 50]. On August 24, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 45] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 9] pursuant to a written plea agreement and factual proffer statement [ECF No. 46]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count 1 of the Indictment [ECF No. 9]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 50] is **ACCEPTED**.

2. The guilty plea entered into by Defendant Juan Barbosa Gomez as to Count 1 of the Indictment is **ACCEPTED**.

CASE NO. 22-80048-CR-CANNON

3. Defendant Juan Barbosa Gomez is adjudicated guilty of Count 1 of the Indictment, which charges him with conspiracy to possess with the intent to distribute a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846 [ECF No. 9].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 15th day of September 2022.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record